Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORTHWEST PIPELINE GP, a Delaware general partnership,

Plaintiff,

v.

STEVEN L. NEUHAUSER and ZAHARENIA NEUHAUSER, *et al.*,

Defendants.

No. 3:08-cv-05535-FDB

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

**CLERK'S ACTION REQUIRED**

THIS MATTER came before the Court on Plaintiff Northwest Pipeline G.P.'s ("Northwest") Motion for Entry of Default Judgment, and the Court having reviewed Northwest's Motion for Entry of Default, the Declaration of Jessica A. Skelton in Support of the Motion for Default and the exhibits thereto, the Order of Default, the Motion for Entry of Default Judgment, and the other pleadings and papers on file in this matter, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Northwest is awarded judgment by default against Defendant Wells Fargo Bank, N.A.

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT - 1
Case No. 3:08-cv-05535-RJB

K:\2040104\00035\20572_JAS\20572P214A

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2. Any rights that Wells Fargo Bank, N.A. may assert in the property of Steven and Zaharenia Neuhauser are junior and subordinate to Northwest's rights to that property arising from this proceeding.

3. Wells Fargo Bank, N.A. is deemed to have waived any claim to proceeds in this matter.

IT IS SO ORDERED this 6th day of July, 2009.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
ENTRY OF DEFAULT JUDGMENT - 2
Case No. 3:08-cv-05535-RJB

K:\2040104\00035\20572_JAS\20572P214A

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# Certificate of Service

I HEREBY CERTIFY that on the 6th day of July, 2009, I electronically caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participant(s) of record.

I FURTHER CERTIFY that on the 6th day of July, 2009, I caused the foregoing to be served via hand delivery on Defendant Wells Fargo Bank, N.A. at the following address:

> Wells Fargo Bank, N.A.
> 999 Third Avenue, Lobby Level
> Seattle, WA 98104

And I sent a courtesy copy of the foregoing via electronic mail to:

> Jeffery Fremming
> Land Transactions/ Servicing Support
> Wells Fargo Home Mortgage
> MAC X3802-03A
> 8480 Stagecoach Circle
> Frederick , MD 21701-4747
> Phone: 240-586-7521
> Fax: 240-586-8641
> jeffery.r.fremming@wellsfargo.com

/s/ Jessica A. Skelton
Jessica A. Skelton, WSBA #36748
Attorneys for Plaintiff
Northwest Pipeline GP

[PROPOSED] ORDER GRANTING MOTION FOR
ENTRY OF DEFAULT JUDGMENT - 3
Case No. 3:08-cv-05535-RJB

K:\2040104\00035\20572_JAS\20572P214A

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022